JOAN COCCIA, Respondent, v THOMAS F. LIOTTI, Appellant.

Submitted May 15, 2013; decided June 26, 2013

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

ANDREW CORRIGAN, Appellant, v STELLAR MANAGEMENT, LLC, et al., Respondents.

Submitted May 28, 2013; decided June 26, 2013

Motion, insofar as it seeks leave to appeal from the Appellate Division order of affirmance, dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]); motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

WINIFRED K. DAY, Appellant, v ONE BEACON INSURANCE, Respondent.

Submitted May 6, 2013; decided June 26, 2013

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 20 NY3d 862 (2013)].

Judge ABDUS-SALAAM taking no part.

WINIFRED K. DAY, Appellant, v ONE BEACON INSURANCE, Respondent.

Submitted May 20, 2013; decided June 26, 2013

Motion by the New York State Academy of Trial Lawyers for leave to file a brief amicus curiae on the motion for reargument herein granted and the brief is accepted as filed.

Judge ABDUS-SALAAM taking no part.

In the Matter of EMPIRE CENTER FOR NEW YORK STATE POLICY, Appellant, v NEW YORK STATE TEACHERS' RETIREMENT SYSTEM, Respondent.

Submitted April 8, 2013; decided June 26, 2013

Motion by the Albany Times Union et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge ABDUS-SALAAM taking no part.

In the Matter of EMPIRE CENTER FOR NEW YORK STATE POLICY, Appellant, v TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, Respondent.

Submitted April 8, 2013; decided June 26, 2013

Motion by the Albany Times Union et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge ABDUS-SALAAM taking no part.

In the Matter of A. DENNIS GARDNER, Respondent, v COXSACKIE-ATHENS CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, Appellant.

Submitted May 20, 2013; decided June 26, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.